E-FILED: 4/15/22
cc: USPO; USM
JS-3

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA<br><br>PLAINTIFF<br><br>vs.<br><br>JONATHAN LEONIS MOORE<br><br>DEFENDANT. | CR 18-817-PSG<br><br>JUDGMENT REVOKING AND REINSTATING SUPERVISED RELEASE AND COMMITMENT ORDER |
|---|---|

On March 25, 2022, the attorney for the Government David Chao, and the defendant appeared in person represented by appointed attorney Robert Bernstein. At that time, the defendant admitted to the allegations as stated in the Petition filed on September 13, 2021 and in the Amended Petition filed on March 1, 2022, and the Court found the defendant in violation of the terms and conditions of his supervised release as set forth in the original Judgment and Commitment Order imposed on December 16, 2019.

On April 15, 2022, the parties returned to court for the imposition of sentence. At that time, brief statements were made by the parties.

Accordingly, IT IS ADJUDGED, upon the findings of the Court, that the period of supervised release is revoked, and the defendant is committed to the custody of the Bureau of Prisons to be imprisoned for a term of **TIME SERVED AND FORTHWITH RELEASE**.

Upon release from imprisonment, the defendant shall be placed on supervised release for a term of **24 months** under the same terms and conditions as previously imposed, with the following modifications.

1. During the course of supervision, the Probation Officer, with the agreement of the defendant and defense counsel, may place the defendant in a residential drug treatment program approved by the United States Probation and Pretrial Services Office for treatment of narcotic addiction or drug dependency, which may include counseling and testing, to determine if the defendant has reverted to the use of drugs, and the defendant shall reside in the treatment program until discharged by the Program Director and Probation Officer.

2. The defendant shall participate in an outpatient substance abuse treatment program and follow the rules and regulations of that program. The probation officer will supervise the defendant's participation in the program (provider, location, modality, duration, intensity, etc.)

3. The defendant shall participate in a mental health treatment program and follow the rules and regulations of that program. The probation officer, in consultation with the treatment provider, will supervise the defendant's participation in the program (provider, location, modality, duration, intensity, etc. )

4. The defendant shall take all mental health medications that are prescribed by the treating physician.

The defendant is advised of the right to appeal.

The Clerk shall provide a copy of this judgment to the United States Marshal and the United States Probation and Pretrial Services.

Dated: 4/15/22

Philip S. Gutierrez, U.S. Chief District Judge

Dated: 4/15/22

Deputy Clerk